UNITED STATES DISTRICT COURT **SUPPRESSED**
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JUN 1 4 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | |
| | ) | |
| CAMERON M. BRYANT and | ) | |
| KIRK K. DARDEN, | ) | **4:17CR268 HEA/DDN** |
| | ) | |
| Defendant. | | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 30, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**CAMERON M. BRYANT,**

the Defendants herein, having been convicted previously in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess a firearm which previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about May 9, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**CAMERON M. BRYANT,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectible amount N-phenyl-N[1-(2)-(phenylethyl)-4-piperodinyl]propanamide, commonly known as  fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about September 12, 2016, in the City of St. Louis, within the Eastern District of Missouri,

### KIRK K. DARDEN,

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectible amount N-phenyl-N[1-(2)-(phenylethyl)-4-piperodinyl]propanamide, commonly known as  fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The Grand Jury further charges that:

On or about April 5, 2017, in the City of St. Louis, within the Eastern District of Missouri,

### KIRK K. DARDEN,

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectible amount N-phenyl-N[1-(2)-(phenylethyl)-4-piperodinyl]propanamide, commonly known as  fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

The Grand Jury further charges that:

On or about September 12, 2016, in the City of St. Louis, within the Eastern District of

Missouri,

### KIRK K. DARDEN,

the Defendant herein, did knowingly and intentionally possess a firearm in furtherance of the

drug trafficking crimes named in Count Four of this Indictment.

In violation of Title 18, United States Code, Section 924(c).


A TRUE BILL.


_____

FOREPERSON


CARRIE COSTANTIN
Acting United States Attorney


_____

RODNEY H. HOLMES, #6244551IL
Assistant United States Attorney